ACCEPTED
12-14-00253-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/2/2015 12:06:21 PM
CATHY LUSK
CLERK

CASE NO. 12-14-00253-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/2/2015 12:06:21 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| JERRY WEAKS and JOYCE WEAKS, | § | IN THE COURT OF APPEALS FOR TWELFTH COURT OF APPEALS DISTRICT OF TEXAS |
| APPELLANT | | |
| V. | § | |
| | § | |
| KATHLEEN JEANETTE WHITE, | § | |
| APPELLEE | § | |

## MOTION TO ALLOW FILING OF BRIEF AND FOR EXTENSION OF TIME TO COMPLY

**TO THE HONORABLE COURT:**

Come now Jerry Weaks and Joyce Weaks, the Appellants in the above entitled and numbered appeal, who hereby request that the filing of the Appellants' reply brief be allowed, and that the time for complying with the applicable rule of appellate procedure be extended, and in support thereof Appellants respectfully show the following, to wit:

1. The undersigned attorney for the Appellants received a notice dated March 24, 2015 from the Clerk of this Court. A copy of the notice is attached as Exhibit "A." In said notice, the undersigned was advised that the Appellants' reply brief which was presented for filing on January 6, 2015 would not be filed. The undersigned was advised that the reply

brief did not comply with the Texas Rule of Appellate Procedure 9.4(i)(3), which requires that a certificate as to the number of words in the brief be included with the brief. The notice stated that the undersigned had been given until January 12, 2015 in order to comply with the rule, but that such compliance was never completed.

2. The undersigned submits that the failure to comply with such deadline was due to honest mistake and oversight, and certainly was not due to any intentional disregard of the rule or any conscious indifference to it. The undersigned hereby apologizes to this Court, and to the Clerk office for such oversight.

3. The undersigned hereby requests that the refusal to file the Appellants' reply brief be vacated and that such brief be allowed to be filed. In that regard, the undersigned also requests that the deadline for complying with the rule be extended to the date that this motion is received and reviewed by this Court. Accompanying this filing is a proposed certificate as to number of words of the reply brief. The Court is asked to accept this filing and to accept the Appellants' reply brief so that it may be considered by the Court.

4. It is submitted that neither the Appellee, nor the Court nor any other person or entity has been harmed or prejudiced by this oversight, and likewise, will not be harmed or prejudiced by the allowance of the appropriate filing and the acceptance of the reply brief at this time.

5. In considering whether to allow this filing of the certificate and the Appellants' reply brief, the Court is asked to keep in mind that our law places priority on adequate legal briefing and argumentation being before the Court. In fact, even in regard to more serious or substantive errors or omissions in briefing, our briefing rules are to be construed and applied liberally. See Texas Rule of Appellate Procedure 38.9. Substantial compliance

with the rules of briefing is sufficient. Id. If the Court determines that a rule has been flagrantly violated, or if the Court determines that the substance of the brief is inadequate and the case has not been properly presented, even in such more egregious situations the Court may give the offending party a reasonable opportunity to file a new brief or an amended brief in order to correct any such error or omission. Id. It is further submitted that the Appellants' failure in regard to the certificate is, or should be, a relatively minor issue compared to the necessity for a party's opportunity to adequately provide substantive argument in its brief. It would appear that to refuse to file a brief, or to strike a brief, merely because of a harmless oversight such as this one involving the certificate, would be unduly and unreasonably harsh.

6. For the foregoing reasons, the Appellants, and the undersigned, respectfully urge that the Appellants' reply brief should be allowed to be filed, that the time for complying with the applicable rule be extended, and that the accompanying certificate be accepted as compliance with such rule.

WHEREFORE, the Appellants and the undersigned request that this Court enter an order vacating the refusal to file Appellants' reply brief and allowing such brief to be filed, extending the time for complying with Rule 9.4(i)(3), and accepting the accompanying certificate as compliance with such rule.

Respectfully submitted,

Aubrey L. Jones, Jr.
Attorney at Law
State Bar No. 10859100
P.O. Box 168

106 W. Tyler St.
Athens, Texas 75751
Telephone: (903) 675-7990
Fax: (903) 670-3424
Email: aubreyjoneslaw@embarqmail.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above motion has been served on Appellee's attorney of record, Ms. Jane Parreiras-Horta, in accordance with the Texas Rules of Appellate Procedure.

Signed this _1st_ day of _April_, 2015.

_Aubrey L. Jones_
Aubrey L. Jones, Jr.

*EXHIBIT A*



FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Tuesday, March 24, 2015

Ms. Jane Parreiras-Horta
Lone Star Legal Aid
110 North College Avenue
Suite 302
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Mr. Aubrey L. Jones Jr.
308 South Palestine Street
P. O. Box 168
Athens, TX 75751
* DELIVERED VIA E-MAIL *

**RE:** Case Number:     12-14-00253-CV
    Trial Court Case Number:   2012B-0340

**Style:** Jerry Weaks and Joyce Weaks
    v.
    Kathleen Jeanette White

The Appellant's brief presented for filing on January 6, 2015 in the above styled and numbered case **will not** be filed. Counsel was advised to comply with TEX.R.APP.P. 9.4(i)(3) on or before January 12, 2015. Counsel is advised that briefs must strictly comply with all requirements of TEX. R. APP. P. 38.1. The above-mentioned brief fails to comply with TEX.R.APP.P. 9.4(i)(3) as required by the Texas Rules of Appellate Procedure.

Very truly yours,

CATHY S. LUSK, CLERK

By:_____
    Ashley Yount, Deputy Clerk